IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHADALE L HALL                                                    PETITIONER

V.                                    CIVIL ACTION NO.1:12CV125-M-S

WINSTON COUNTY SHERIFF'S DEPARTMENT            RESPONDENT

**ORDER OF DISMISSAL**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated July 8, 2013, was on that date duly served by first class mail upon the petitioner and upon the attorneys of record for the respondents; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by the parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 7, 2013 is hereby approved and adopted as the opinion of the Court; and

2. That Petitioner's Habeas Corpus Petition is dismissed, as this court lacks jurisdiction.

SO ORDERED this the 1st day of August, 2013

                                               **/s/ MICHAEL P. MILLS**
                                               **CHIEF JUDGE**
                                               **UNITED STATES DISTRICT COURT**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**